UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PERRY LEE WYSINGER | CIVIL ACTION NO. 17-cv-0012 |
| VERSUS | JUDGE ELIZABETH FOOTE |
| TOWN OF MANY, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed without prejudice** for lack of subject-matter jurisdiction.

THUS DONE AND SIGNED in Shreveport, Louisiana, this ___ day of _____, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE